THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel: (415) 315- 6300
Fax: (415) 315-6350

HARVEY J. WOLKOFF
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7606
Fax: (617) 235-0215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EFIRD, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company; SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware corporation; SONY CORPORATION OF AMERICA, a New York corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 3:11-cv-02115-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Magistrate Judge Joseph C. Spero |

26709346_1.DOC

1  WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") (f/k/a
2  Sony Computer Entertainment America, Inc.) and Sony Corporation of America ("SCA"), as well
3  as certain related entities (collectively, the "Sony Defendants"), have been named as defendants
4  in at least twenty-one (21) putative class action lawsuits within this District, to date;

5  WHEREAS, certain of the Sony Defendants have also been named as defendants in at
6  least eighteen (18) putative class action lawsuits pending outside this District, to date;

7  WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
8  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
9  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
10  2011.

11  WHEREAS, the current deadline for SCEA and SCA to respond to the Complaint is
12  June 1, 2011;

13  WHEREAS, the parties have agreed to the extension of time herein for the defendants in
14  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
15  facilitate the scheduling of this matter in coordination with the schedule for the motion before the
16  JPML;

17  NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
18  by and through their respective counsel, hereby stipulate as follows:

19  The deadline for the defendants to respond to the Complaint in the above-captioned action
20  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
21  litigation centralizing the above-captioned action with other matters, or if centralization is denied
22  by the JPML, then 30 days from the date of such order denying centralization.
23  ///

-2-  STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02115-JCS

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 19, 2011

SEAN REIS
JAY EDELSON
MICHAEL J. ASCHENBRENER
BRADLEY M. BAGLIEN
CHRISTOPHER L. DORE
EDELSON MCGUIRE, LLP

By: /s/ Jay Edelson /s/ [as authorized]
    Jay Edelson
    Attorneys for Plaintiff
    JAMES EFIRD

Dated: May 19, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By: /s/ Rocky C. Tsai /s/
    Rocky C. Tsai

Attorneys for Defendants
SONY NETWORK ENTERTAINMENT AMERICA, INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/20/11

By: _____
U. S. District Judge

*Judge Joseph C. Spero*

-2-

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02115-JCS